# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0069

_____

HENRY MYLES,

    Petitioner,

v.

TERRY DUDLEY, Warden,
Blackwater River Correctional
Facility,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 28, 2025


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry Myles, pro se, Petitioner.

No appearance for Respondent.